JUNE 7, 2000

No. 99–9911 (99A1015). IN RE DEMPS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–9886 (99A1013). DEMPS v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. Reported below: 761 So. 2d 302.

JUNE 9, 2000

No. 99–1702 (99A1007). TEXAS v. COBB. Ct. Crim. App. Tex. Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, granted, and it is ordered that the mandate of the Court of Criminal Appeals of Texas, case No. 72,807, is hereby stayed pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

JUNE 12, 2000

No. 99–8458. JACKSON v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Sims v. Apfel, ante, p. 103.

No. 99–8943. OKORO v. SCIBANA, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.